# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHELIA FORD                                                                                                       PLAINTIFF

v.                                          NO. 4:17CV00328 JLH

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 1st day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE